Fred L. WOODWORTH, Collector of Internal Revenue, v. Myron A. HOSTETLER.

No. 5339.

Circuit Court of Appeals, Sixth Circuit.

Nov. 4, 1929.

John R. Watkins, U. S. Atty., and Charles B. W. Aldrich, Asst. U. S. Atty., both of Detroit, Mich., for appellant.

MacKay, Wiley, Streeter, Smith & Tucker, of Detroit, Mich., for appellee.

PER CURIAM.

Dismissed pursuant to motion of counsel for appellant.